**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REYLAN VILLANUEVA, ) | |
| ) | Case No. 16 CV 9406 |
| Plaintiff, ) | |
| ) | Judge Jorge L. Alonso |
| v. ) | |
| ) | Magistrate Judge Young B. Kim |
| ADVANCE HEALTHCARE SERVICES, INC., ) | |
| and GEOFE M. TANNER, individually. ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING SETTLEMENT

Upon the Parties' Joint Motion for Court Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable, hereby approves this settlement and dismisses this matter, including Defendants' counter-claim, without prejudice and without the assessment of costs and/or attorneys' fees against any party. This dismissal without prejudice will convert to a dismissal with prejudice and without the assessment of costs and/or attorneys' fees against any party on April 30, 2019.

ENTERED:

10/12/17  _____
Jorge L. Alonso
United States District Judge